Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Timothy J. Ohms
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 2 3 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:24-CR-76-MKD |
| Plaintiff, | INDICTMENT |
| v. | Vio: 21 U.S.C. § 841(a)(1), (b)(1)(C) Possession of Methamphetamine with Intent to Distribute (Count 1) |
| DAREN LYLE MARTIN, | |
| Defendant. | |
| | 18 U.S.C. §§ 922(g)(1), 924(a)(8) Felon in Possession of a Firearm and Ammunition (Count 2) |
| | 21 U.S.C. § 853, 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

INDICTMENT – 1

On or about March 12, 2024, in the Eastern District of Washington, the Defendant, DAREN LYLE MARTIN, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

COUNT 2

On or about March 12, 2024, in the Eastern District of Washington, the Defendant, DAREN LYLE MARTIN, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Remington Arms Company, model 1911 R1, .45 caliber pistol, bearing serial number RHN74805A, and ammunition head stamped "PMC 45 AUTO," which firearm and ammunition had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

NOTICE OF CRIMINAL FORFEITURE

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), as set forth in Count 1 of this Indictment, the Defendant, DAREN LYLE MARTIN, shall forfeit to the United States of America, any

INDICTMENT – 2

property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to:

- a Remington Arms Company, model 1911 R1, .45 caliber pistol, bearing serial number RHN74805A; and,

- 11 rounds of ammunition head stamped "PMC 45 AUTO."

If any forfeitable property described above as a result of any act or omission of the Defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8) as set forth in Count 2 of this Indictment, the Defendant, DAREN LYLE MARTIN, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

INDICTMENT – 3

- a Remington Arms Company, model 1911 R1, .45 caliber pistol, bearing serial number RHN74805A; and,

- 11 rounds of ammunition head stamped "PMC 45 AUTO."

DATED this **23ʳᵈ** day of May, 2024.

A TRUE BILL

Foreperson

Vanessa R. Waldref
United States Attorney

Timothy J. Ohms
Assistant United States Attorney

INDICTMENT – 4